United States Bankruptcy Court
Middle District of Florida

In re:  
John Vincent DeNisco  
　　Debtor

Case No. 25-00163-CPM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113A-8 | User: admin | Page 1 of 1
Date Rcvd: Jan 15, 2025 | Form ID: pdfADIdt | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + John Vincent DeNisco, 2333 Coral Honeysuckle Bend, Apt 106, Odessa, FL 33556-4558 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2025 　　　　Signature: 　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Welch | welchtrustee@gmail.com  aesposito@ecf.axosfs.com |
| United States Trustee - TPA7/13 | USTPRegion21.TP.ECF@USDOJ.GOV |

TOTAL: 2

**[ntprbono]** [Notice to Parties Not Represented by an Attorney]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Case No. 8:25−bk−00163−CPM
Chapter 7

John Vincent DeNisco
aka Jay DeNisco

_____Debtor(s)_____/

**NOTICE OF FREE LEGAL RESOURCES TO
PARTIES WHO ARE NOT REPRESENTED BY AN ATTORNEY**

**ELECTRONIC NOTICE BY EMAIL:** If you have an email address, you may request to receive copies of all notices and orders generated by the Court in your case by email rather than by U.S. Mail. The email will include a link to the notice or order via Public Access to Court Electronic Records (PACER). You will also receive notification when other filings are made in your case that you can access via PACER. If you want to receive notices and orders generated by the Court via email and PACER, complete the Request Form available on the Court's website and at the following link:

http://www.flmb.uscourts.gov/filing_without_attorney_1/requestnotification.htm

The following free legal resources are available if you need help with your pro se case (cases filed without an attorney) or if you want to learn about qualifying to receive pro bono (free) or reduced fee legal representation.

**DISCLAIMER: Although the links to external websites included in this Notice are provided for your convenience, the websites are created and maintained by other organizations. The United States Bankruptcy Court for the Middle District of Florida does not control or guarantee the accuracy, relevance, timeliness, or completeness of information maintained on external websites, nor does it control or guarantee their ongoing availability, maintenance, or security. The Court does not endorse any views expressed, or products or services offered, on external websites or the organizations sponsoring them.**

| | **FREE VIRTUAL/TELEPHONIC PRO SE CLINICS** | |
|---|---|---|
| **Middle District of Florida Bankruptcy Pro Se Clinic** | http://www.bankruptcyproseclinic.com<br><br>- Free 30–minute virtual or telephone legal consultations to individuals representing themselves in the United States Bankruptcy Court for the Middle District of Florida. | or scan the QR Code |
| | **LEGAL ASSISTANCE PROGRAM FOR THE MIDDLE DISTRICT OF FLORIDA** | |
| **Legal Assistance Program and Application for Pro Bono Counsel** | https://www.flmb.uscourts.gov/filing_without_attorney_1/legalAssistance.htm<br><br>- Free legal resources for the Middle District, including a legal assistance program to enable low–income individual debtors (and in some instances their spouses and former spouses) and low–income individual creditors to receive free legal services in certain types of matters and proceedings. | or scan the QR Code |
| | **FREE ONLINE RESOURCES** | |
| **Middle District of Florida Online Resources** | http://www.flmb.uscourts.gov/<br><br>- Click on "Filing Without An Attorney" at the top of the page.<br>- Obtain information about the bankruptcy process including free bankruptcy forms. | or scan the QR Code |
| **The Florida Bar Association Lawyer Referral Service** | https://www.floridabar.org/public/lrs/<br><br>- The Florida Bar Lawyer Referral Service is designed to make it easy for consumers to connect to verified attorneys. | or scan the QR Code |
| **The Bankruptcy Pro Bono Resource Locator** | https://bankruptcyresources.org/content/resources?state=FL<br><br>- Pro Bono Resources and attorney contact information for American Bankruptcy Institute members. | or scan the QR Code |
| **Florida Law Help** | https://floridalawhelp.org/<br><br>- Online Q&A Resource: Select your legal issue, answer a few questions, find the help you need. | or scan the QR Code |
| **Florida Free Legal Answers** | https://florida.freelegalanswers.org<br><br>- Virtual legal advice clinic in which qualifying users post civil legal questions at no cost to be answered by pro bono attorneys licensed in their state. | or scan the QR Code |

| **LOCAL LEGAL AID ORGANIZATIONS AND** **FREE VIRTUAL/TELEPHONIC PRO SE CLINICS & IN−PERSON PRO SE CLINICS** | | |
|---|---|---|
| **Tampa Bay Bankruptcy Bar Association Pro Se Clinic** | Free In Person Clinic. No Appointment Needed. Walk−ins Available:<br><br>- Every Wednesday from 2:00 p.m. through 4:00 p.m.<br>- ***Please email** tbbbaprobonoclinic@gmail.com **to request an appointment.***<br>- Location:<br>  Sam M. Gibbons United States Courthouse<br>  801 N. Florida Avenue<br>  9th Floor Attorney Resource Room<br>  (turn right just past Courtroom 9B),<br>  Tampa, Florida 33602<br>- https://www.tbbba.com/pro−bono−news/ | or scan the QR Code |
| **Bay Area Legal Services, Inc.** | Contact Information:<br><br>- [T] 813−232−1343 *(Hillsborough County)*<br>- [T] 800−625−2257 *(Manatee, Pasco, Pinellas, and Sarasota Counties)*<br>- [TTY] 800−955−8771<br>- https://www.bals.org/ | or scan the QR Code |
| **Legal Aid of Manasota, Inc.** | Contact Information:<br><br>- [T] 941−366−0038 *(Sarasota County)*<br>- [T] 941−747−1628 *(Bradenton)*<br>- [T] 941−492−4631 *(Venice)*<br>- http://www.legalaidofmanasota.org/ | or scan the QR Code |
| **Florida Rural Legal Services, Inc.** | Contact Information:<br><br>- [T] 863−688−7376/800−277−7680 *(Polk County)*<br>- [T] 239−334−4554/800−476−8937 *(Charlotte, DeSoto, Glades, Hendry, and Lee Counties)*<br>- http://www.frls.org/ | or scan the QR Code |
| **Legal Aid Services of Collier County** | Contact Information:<br><br>- [T] 239−775−4555<br>- http://www.collierlegalaid.org/ | or scan the QR Code |
| **Community Law Program** | Contact Information:<br><br>- [T] 727−582−7480<br>- http://lawprogram.org/ | or scan the QR Code |
| **St. Michael's Legal Center for Women and Children, Inc.** | Contact Information:<br><br>- [T] 813−289−5385<br>- https://www.stmichaelslegalcenter.com/ | or scan the QR Code |

| **WMU Cooley Law School Debt Relief Clinic** | Contact Information:<br><br>• [T] 813−405−3555 |
|---|---|

**Assistance from these organizations may be based upon the availability of resources and/or your income. This notice does not guarantee aid from or legal representation by them.**

Employees of the United States Bankruptcy Court are not permitted to recommend or refer you to an attorney nor are they permitted to provide legal advice, including how to complete the bankruptcy forms or which forms may be required in your bankruptcy case. Basic filing information is available on this Court's website at www.flmb.uscourts.gov.

Dated January 15, 2025

FOR THE COURT
Jose A Rodriguez,
Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Suite 555
Tampa, FL 33602

**The Clerk's office is directed to serve a copy of this Notice on the Debtor.**