

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/24/2025 01:45 PM

COURTROOM   8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:25-bk-00163-CPM** | 7 | **01/13/2025** |

**Chapter 7**

**DEBTOR:**   John DeNisco

**DEBTOR ATTY:**   NA

**TRUSTEE:**   Angela Welch

**HEARING:**

Emergency Motion for Turnover of Property - specifically: 2022 BMW M340i. - Repossessed Vehicle Filed by Debtor John Vincent DeNisco   Doc #11

... - Response to Emergency Motion for Turnover of Property - specifically: 2022 BMW M340i. - Repossessed Vehicle Filed by Gavin Stewart on behalf of Creditor BMW Financial Services NA, LLC (related document(s)11). (Stewart, Gavin) Doc. #16

NOTE:
- Motion for an Order Confirming No Automatic Stay is in Effect Contains negative notice. Filed by Gavin Stewart on behalf of Creditor BMW Financial Services NA, LLC (Attachments: # 1 Composite Exhibit A) Doc. #17
.

**APPEARANCES:**:
AAPPEARANCES: via zoom: John DeNisco, Gavin Stewart

**RULING:**
Emergency Motion for Turnover of Property - specifically: 2022 BMW M340i. - Repossessed Vehicle Filed by Debtor John Vincent DeNisco   Doc #11

  ...Denied - Bench order...

... - Response to Emergency Motion for Turnover of Property - specifically: 2022 BMW M340i. - Repossessed Vehicle Filed by Gavin Stewart on behalf of Creditor BMW Financial Services NA, LLC (related document(s)11). (Stewart, Gavin) Doc. #16

NOTE: [ Judge discussed and ruled ]

- Motion for an Order Confirming No Automatic Stay is in Effect Contains negative notice. Filed by Gavin Stewart on behalf of Creditor BMW Financial Services NA, LLC (Attachments: # 1 Composite Exhibit A) Doc. #17

...Granted in part (as to 2022 BMW M340i Sedan; VIN: 3MW5U7J01N8C75095); personal property and contents shall be returned to the Debtor - Order by Stewart...

.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.