ORDERED.

Dated: January 24, 2025

*Catherine M. Ewen* (signature)
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 8:25–bk–00163–CPM<br>Chapter 7 |
| John Vincent DeNisco<br>aka Jay DeNisco | |
| _____Debtor*_____/ | |

**ORDER DENYING EMERGENCY MOTION FOR TURNOVER OF PROPERTY**

THIS CASE came on for hearing on January 24, 2025, for consideration of the **Emergency Motion for Turnover of Property** (Doc. **11**), filed by **Debtor John DeNisc**o..

For the reasons stated orally and recorded in open court, the Emergency Motion for Turnover of Property – specifically: 2022 BMW M340i. is Denied.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

The Clerk's office is directed to serve a copy of this order on interested non–CM/ECF users.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.