ORDERED.

Dated:  January 28, 2025

*Catherine M. Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

JOHN VINCENT DENISCO                     CASE NO.: 8:25-bk-00163-CPM
*AKA* JAY DENISCO                                CHAPTER 7

        Debtor.
_____/

**ORDER GRANTING MOTION FOR ORDER**
**CONFIRMING THE AUTOMATIC STAY IS NOT IN EFFECT**

    **THIS CASE** came on for hearing on January 24, 2025 at 1:45 p.m. on the Motion for Order Confirming the Automatic Stay is not in Effect ("Motion") filed by BMW Financial Services NA, LLC ("Movant") (Doc. No. 17).  For the reasons stated orally on the record it is,

    **ORDERED:**

    1.    The Motion (Doc. No. 17) is **GRANTED**.

2.      The automatic stay arising by reason of 11 U.S.C. §362 of the Bankruptcy Code is confirmed to not be in effect as to Movant's interest in the following property: 2022 BMW M340i Sedan; VIN: 3MW5U7J01N8C75095 ("Collateral").

3.      Movant has *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the Collateral, to gain possession of said Collateral, to have such other and further *in rem* relief as is just, but the Movant shall not obtain *in personam* relief against the Debtor.

4.      Notwithstanding the above, the automatic stay remains in place as to the Debtor's personal property left in the Vehicle at the time of repossession and said personal property remains property of the estate pending further order of the Court or operation of law.

###

Attorney Gavin Stewart is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.