United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 25-00163-CPM |
| John Vincent DeNisco | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 28, 2025 | Form ID: Doapvifp | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Jan 28 2025 22:47:04 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/Text: bk@stewartlegalgroup.com | Jan 28 2025 21:59:00 | BMW Financial Services NA, LLC, P.O. Box 5703, Clearwater, FL 33758-5703 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2025                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Welch | welchtrustee@gmail.com  aesposito@ecf.axosfs.com |
| Gavin Stewart | on behalf of Creditor BMW Financial Services NA LLC bk@stewartlegalgroup.com |
| John Vincent DeNisco | jvdeno@icloud.com |
| United States Trustee - TPA7/13 | |

District/off: 113A-8 User: admin Page 2 of 2
Date Rcvd: Jan 28, 2025 Form ID: Doapvifp Total Noticed: 2

USTPRegion21.TP.ECF@USDOJ.GOV

TOTAL: 4

[**Doapvifp**] [District order approving in forma pauperis]

ORDERED.

**Dated: January 28, 2025**

*Catherine McEwen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

John Vincent DeNisco
aka Jay DeNisco

_____Debtor*_____/

Case No.
8:25−bk−00163−CPM
Chapter 7

ORDER APPROVING APPLICATION
TO HAVE THE CHAPTER 7 FILING FEE WAIVED

   THIS CASE came on for consideration, without a hearing, of the Debtor's Application to Have the Chapter 7 Filing Fee Waived, (Document No.  4 ). Having reviewed the Application, the Court finds that the Application should be approved.

   Accordingly, it is

   ***ORDERED:***

   1. The Application is approved.

   2. The Chapter 7 filing fee and other fees scheduled by the Judicial Conference under 28 U.S.C. §§ 1930 (b) and (c) are waived. This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.